**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION<br><br>This Document Relates to<br><br>DARIA TRACEY,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION and GLAXOSMITHKLINE, FORMERLY SMITHKLINE BEECHAM PHARMACEUTICALS and/or GLAXO WELLCOME, INC.,<br><br>Defendants. | ) | MDL No. 1431 (MJD/JGL)<br><br>CASE NUMBER 02-0164 |

**ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation of Dismissal, that Plaintiff's Complaint in the above-referenced matter is hereby dismissed with prejudice, each party to bear its own fees and costs.

Date: APR 30 2004

Michael J. Davis
Michael J. Davis
United States District Judge